No. 679. KOREMATSU v. UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Jackson H. Ralston* for petitioner. *Solicitor General Fahy* and *Mr. Edward J. Ennis* for the United States. *Messrs. Edwin Borchard, Osmond K. Fraenkel, Arthur Garfield Hays, Harold Evans,* and *Thomas Raeburn White* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 711. MUSCHANY ET AL. v. UNITED STATES; and
No. 726. ANDREWS ET AL. v. UNITED STATES. April 3, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. William R. Gentry* for petitioners in No. 711; and *Messrs. Samuel M. Watson* and *Redick O'Bryan* for petitioners in No. 726. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Valentine Brookes* and *Norman MacDonald* for the United States.

No. 741. COMMISSIONER OF INTERNAL REVENUE v. HARMON. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Fahy* for petitioner.

No. 674. CAROLENE PRODUCTS CO. ET AL. v. UNITED STATES. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted limited to the first four questions presented by the petition. *Mr. Samuel H. Kaufman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings* and *Irvin*